IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIE WELLS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-1112 |
| | § | |
| ABE'S BOAT RENTALS INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF PARTIAL REMAND

In accordance with the memorandum and order of today's date, Wells's claims against Abe's Boat Rentals are severed and remanded to the 125th Judicial District Court of Harris County, Texas.

SIGNED on June 18, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge